1002

THE STATE OF WASHINGTON, *Respondent*, v. SOL NATHANIEL GROVER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-00881-9, Gary R. Tabor, J., entered August 15, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa and Lee, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES JOHN CHAMBERS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 99-1-00817-2, Thomas Felnagle, J., entered September 27, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

PETER LAROCK ET AL., *Respondents*, v. EDWARD KUNCHICK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-07379-7, Thomas P. Larkin, J., entered October 11, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Lee, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ALEXANDER MANUS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03185-1, James R. Orlando, J., entered November 1, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.